UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DENISE ANN GARRETTE,

    Plaintiff,

vs.                                               Case No. 8:11-CV-2597-T-27EAJ

ATTORNEY GENERAL, STATE OF FLORIDA, et al.,

    Defendants.
_____/

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Dkt. 4) on Plaintiffs' first motion for leave to proceed *in forma pauperis* (Dkt. 2). The Magistrate recommends that the motion be denied without prejudice to Plaintiff filing an amended complaint. Plaintiff elected to file an amended complaint and amended motion, rather than objecting to the Report and Recommendation.

Upon consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Report and Recommendation (Dkt. 4) is adopted, confirmed, and approved in all respects and is made part of this order for all purposes, including appellate review. Plaintiffs' first motion for leave to proceed *in forma pauperis* (Dkt. 2) is DENIED. This order does not address Plaintiff's amended *in forma pauperis* motion which was filed on December 12, 2011 (Dkt. 6) and shall have no effect on the resolution of that motion.

**DONE AND ORDERED** this 12th day of December, 2011.

/s/ James D. Whittemore
JAMES D. WHITTEMORE
United States District Judge

Copies to: unrepresented parties