UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DENISE ANN GARRETTE,

    Plaintiff,
vs.                                                        Case No. 8:11-CV-2597-T-27EAJ

ATTORNEY GENERAL, STATE OF FLORIDA, et al.,

    Defendants.
_____/

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Dkt. 9) on Plaintiff's amended motion for leave to proceed *in forma pauperis* (Dkt. 6). The Magistrate recommends that the motion be denied without prejudice to Plaintiff filing a second amended complaint. Rather than filing objections to the Report and Recommendation, Plaintiff filed a second amended complaint and motion for leave to proceed *in forma pauperis*.

Upon consideration of the Report and Recommendation, in conjunction with an independent examination of the file, the Report and Recommendation (Dkt. 9) is adopted, confirmed, and approved in all respects and is made part of this order for all purposes, including appellate review. Plaintiffs' amended motion for leave to proceed *in forma pauperis* (Dkt. 6) is DENIED. Plaintiff is granted one final opportunity to state a cause of action and to demonstrate that she is entitled to proceed *in forma pauperis*.[1]

**DONE AND ORDERED** this 10th day of January, 2012.

                                                     JAMES D. WHITTEMORE
                                                     United States District Judge

Copies to: Unrepresented parties

---

[1] Plaintiff has already taken advantage of this final opportunity by filing her second amended complaint and *in forma pauperis* motion (Dkts. 10, 11).